# UNITED STATES BANKRUPTCY COURT
## MASSACHUSETTS

In re  Janet A. Leona  
       Debtor

Case No.  14-15839 JNF  
Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** Bayview Financial Loan | **Describe Property Securing Debt:** 593 Main Street, Medford, Massachusetts |

Property will be *(check one)*:  
☐ Surrendered    ☒ Retained

If retaining the property, I intend to *(check at least one)*:  
Redeem the property  
Reaffirm the debt  
Other. Explain .

Property is *(check one)*:  
☒ Claimed as exempt    ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:** Wfs Financial/Wachovia Dealer Srvs | **Describe Property Securing Debt:** 2013 Chrysler 200 |

Property will be *(check one)*:  
☐ Surrendered    ☒ Retained

If retaining the property, I intend to *(check at least one)*:  
Redeem the property  
Reaffirm the debt  
Other. Explain .

Property is *(check one)*:  
☒ Claimed as exempt    ☐ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:** City of Medford | **Describe Property Securing Debt:** 593 Main Street, Medford, Massachusetts |
| Property will be (check one): <br> ☐ Surrendered      ☒ Retained <br><br> If retaining the property, I intend to (check at least one): <br> Redeem the property <br> Reaffirm the debt <br> Other. Explain . <br><br> Property is (check one): <br> ☒ Claimed as exempt      ☐ Not claimed as exempt | |

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: October 19, 2015              /s/ Janet A. Leona
                                     Signature of Debtor


                                     _____
                                     Signature of Joint Debtor